DOCKET NO.: 25-10522-C

IN THE
UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

IN RE JOE NATHAN PYATT JR.,
PETITIONER.

U.S. COURT OF APPEALS
RECEIVED
CLERK
MAR 20 2025
ATLANTA, GA

ON PETITION FOR A WRIT OF MANDAMUS
TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
D.C. CASE NO.: 22-cr-20138

MOTION FOR AN EXTENSION OF TIME

IN THE
UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
APPEAL NO.: 25-10522

U.S. COURT OF APPEALS
RECEIVED
CLERK
MAR 20 2025
ATLANTA, GA

IN RE JOE NATHAN PYATT JR.,
PETITIONER.
______________________________/

MOTION FOR AN EXTENSION OF TIME

THIS CAUSE is brought by the Petitioner, Joe Nathan Pyatt Jr. ("Mr. Pyatt"), to request an extension of time to meet the deadline to pay the filing fee. Mr. Pyatt request that the Clerk of the Court grant this motion pursuant to 11th Cir. R. 27-1(c)(10).

I. REQUEST

Mr. Pyatt commenced these Mandamus proceedings along with a motion to proceed in forma pauperis ("IFP") that was denied on March 12th, 2025. The Clerk of the Court informed Mr. Pyatt that there is a deadline of March 31st, 2025 to pay the docketing fee.

Mr. Pyatt is requesting a 30 day extension from March 31st, 2025 to a deadline of April 30th, 2025, to address the filing fee requirements and be able to proceed with these proceedings for a determination on the merits. Mr. Pyatt has not yet received service of the Order denying his motion to proceed IFP and therefore must account for the delay in receiving the order as well as any other factor that may undermine Mr. Pyatt in meeting the applicable deadline for payment. Mr. Pyatt must also review the order to determine what alternatives are available and prepare his document for filing for redress with respect to the commencement of these Mandamus proceedings.

II. CONCLUSION

WHEREFORE, Mr. Pyatt request that the Clerk of the Court grant this motion for an extension of time of 30 days from March 31st, 2025 to pay the docketing filing fee.

Mr. Pyatt request a deadline of April 30th, 2025.

______________________________________________
Pursuant to Title 18 U.S.C. Section 1746(2) I DECLARE under the MAXIMUM penalty of perjury that the foregoing in this motion is true and correct.

Respectfully Submitted: Joe N. Pyatt Jr.

Joe Nathan Pyatt Jr. 02748-506
FMC Butner
P.O. Box 1600
Butner, NC 27509

IN THE
UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
DOCKET NO.: 25-10522-C

IN RE JOE NATHAN PYATT JR.,
PETITIONER.
_____________________________/

Re: Petition for an Extraordinary Writ in the Nature of Mandamus

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March 2025, I mailed the foregoing the document to the Clerk of the Court. I also certify that the foregoing document is being served on all counsel of record either via transmission of Electronic Filings generated by CM/ECF or in any other manner for those counsel or parties who may need a copy not authorized to receive Notice of Electronic filings.

_____________________________________________

Pursuant to Title 18 U.S.C. Section 1746(2) I DECLARE under the MAXIMUM penalty of perjury that the foregoing in this document is true and correct.

Respectfully Submitted: Joe N. Pyatt Jr.

Joe Nathan Pyatt Jr. 02748-506
FMC Butner
P.O. Box 1600
Butner, NC 27509

IN THE
UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
DOCKET NO.: 25-10522

IN RE JOE NATHAN PYATT JR.,
PETITIONER.
______________________________/

Re: Petition for an Extraordinary Writ in the Nature of Mandamus

CERTIFICATE OF COMPLIANCE

Pursuant to the Federal Rules of Appellate Procedure, Rule 32(g), this document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) excluding the parts exempted by Fed. R. App. P. 32(f)

___________________________________________

Pursuant to Title 18 U.S.C. Section 1746(2) I DECLARE under the MAXIMUM penalty of perjury that the foregoing in this document is true and correct.

Respectfully Submitted: Joe N. Pyatt Jr.

Joe Nathan Pyatt Jr. 02748-506
FMC Butner
P.O. Box 1600
Butner, NC 27509

In re Joe Nathan Pyatt Jr.
Case No.: 25-10522 -C

CERTIFICATE OF INTERESTED PERSONS

Pursuant to the Federal Rules of Appellate Procedure, Rule 26.1, this Certificate of Interested Persons ("CIP") is a complete list of all trial judges, attorneys, persons, associations of persons, and all other identifiable legal entities that have an interest in the outcome of this case.

Altman, Roy k --- United States District Court Trial Judge/Respondent

Coakley, Brianna --- Assistant United States Attorney

Jayanthi, Srilekha --- Federal Public Defender

Matzkin, Daniel --- United States Attorney

Pyatt Jr., Joe Nathan --- Petitioner

U.S. COURT OF APPEALS
RECEIVED
CLERK
MAR 20 2025
ATLANTA, GA

Joe Nathan Pyatt Jr. 02748-506
FMC Butner
P.O. Box 1600
Butner, NC 27509








UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
OFFICE OF THE CLERK
56 Forsyth Street, N.W.
Atlanta, GA. 30303

CLEARED SECURITY
MAR 20 2025
U.S. MARSHALS SERVICE
Atlanta, GA

Legal Mail

FEDERAL MEDICAL CENTER
P.O. BOX 1600
BUTNER, NORTH CAROLINA 27509

DATE: 3.14.25

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address.